PER CURIAM.

(No. 75-CC-688—)

THE MCHENRY COUNTY ASSOCIATION FOR THE RETARDED, ETC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 11, 1975.*

491

THE MCHENRY COUNTY ASSOCIATION FOR THE RE-
TARDED, ETC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respond-
ent.

PER CURIAM.